**FILED**
AUG 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Eduardo MARTINEZ-Ruiz,<br><br>　　　　　Defendant. | Magistrate Case No.:<br>**'08 MJ 8724**<br><br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about August 13, 2008, within the Southern District of California, defendant Eduardo MARTINEZ-Ruiz did knowingly and intentionally import approximately 52.62 kilograms (115.76 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Chad Worgen, Special Agent
　　　　　　　　　　　　　　　　U.S. Immigration and
　　　　　　　　　　　　　　　　Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 14TH DAY OF AUGUST 2008.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　PETER C. LEWIS
　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
    v.
Eduardo MARTINEZ-Ruiz

STATEMENT OF FACTS

    This Statement of Facts is based on the reports, documents, and notes furnished to United States Immigration and Customs Enforcement Special Agent Chad N. Worgen.

    On August 13, 2008, at approximately 1410 hours, Eduardo MARTINEZ-Ruiz (MARTINEZ) entered the United States from Mexico at the Calexico, California, West Port of Entry. MARTINEZ was the sole occupant driver of a 1994 Chevrolet S-10 Blazer.

    In primary, Customs and Border Protection Officer (CBPO) O. Soto received a negative Customs declaration from MARTINEZ. CBPO Soto conducted an inspection of the vehicle and observed scratches on the rim of a tire. CBPO Soto tapped the tire and it felt solid. CBPO Soto referred MARTINEZ and the vehicle to secondary inspection.

    In secondary, CBPO E. Bello received a negative oral Customs declaration from MARTINEZ. CBPO Bello also tapped the tires which felt solid when tapped. Canine Enforcement Officer (CEO) D. Alba screened the vehicle with his Human Narcotics Detector Dog (HNDD). The HNDD alerted to the left side rear tire.

    CBPO L. Parker conducted an intensive inspection of the tires of the vehicle driven by MARTINEZ. CBPO Parker cut a tire open and observed numerous packages within. CBPO Parker probed a package and it produced a green leafy substance that field tested positive for marijuana. A total of twenty (20) packages of marijuana were removed from the tires of the vehicle with a total weight of 52.62 kilograms (115.76 pounds).

MARTINEZ was advised of his rights per Miranda. MARTINEZ stated he understood his rights and was willing to answer questions without the presence of an attorney. MARTINEZ stated to Agent Worgen he had previously been offered to transport controlled substances into the United States by two individuals. MARTINEZ stated he uses methamphetamine with his friend "David" (last name unknown). MARTINEZ stated he dropped the vehicle off at his friend "David's" house on August 12, 2008, to have it repaired. MARTINEZ stated "David" told him to take the vehicle to a tire shop in Calexico for mechanical work. MARTINEZ stated he was going to return to Mexicali, Mexico, in a taxi and "David" was to call him when the vehicle was fixed. MARTINEZ stated "David" may have put the marijuana in the vehicle and someone at the tire shop was going to remove the marijuana from the tires.